UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMRAN IRSHAD,<br><br>           Plaintiff(s),<br><br>   v.<br><br>ARGENT MORTGAGE COMPANY LLC et al,<br><br>           Defendant(s). | No. C 10-01532  MHP<br><br>**ORDER OF RECUSAL AND REASSIGNMENT** |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case.

This matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings, including all pretrial and trial proceedings, and the entry of final judgment. The current scheduled dates shall be maintained except as modified or rescheduled in accordance with instructions by the reassigned Judge.

**IT IS SO ORDERED.**

Dated: 4/12/2010

MARILYN HALL PATEL
United States District Judge