United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMRAN IRSHAD, | No. 10-01532 CW |
| Plaintiff, | ORDER DENYING PLAINTIFF'S <u>EX PARTE</u> APPLICATION FOR A TEMPORARY RESTRAINING ORDER |
| v. | |
| ARGENT MORTGAGE, et al., | |
| Defendants. | |

  Plaintiff Kamran Irshad moves <u>ex parte</u> for a temporary restraining order prohibiting Defendants from conducting a trustee sale of his property located at 126 Red Cedar Lane, Union City, California on April 12, 2010.

  A temporary restraining order may be issued without providing the opposing party an opportunity to be heard only if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A). "The standard for issuance of a temporary restraining order is the same as that for issuance of a preliminary injunction." <u>Burgess v. Forbes</u>, 2009 WL 416843, at *2 (N.D. Cal.). To obtain a preliminary injunction, the moving party must "establish that he is likely to succeed on the merits, that he

is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." <u>Winter v. Natural Res. Def. Council</u>, Inc., ___ U.S. ___, 129 S. Ct. 365, 374 (2008).

Defendant Cal-Western Reconveyance Corp. (CWRC), the foreclosing trustee, recorded a Notice of Default against the said property on September 28, 2009.  Comp. ¶ 21.  Plaintiff received a Notice of Sale by CWRC on January 7, 2010.  <u>Id.</u> ¶ 22.  However, Plaintiff waited until three days before the trustee sale to file an <u>ex parte</u> application for an order to halt the sale.  The timing of this application weighs against his request.  Further, although the balance of the harm tips toward Plaintiff, he has not presented the requisite showing of meritoriousness required for the Court to issue an injunction.  Plaintiff's request for immediate <u>ex parte</u> relief is therefore DENIED.  If Plaintiff's request does not become moot by the trustee sale, Plaintiff may file a regularly noticed motion for a preliminary injunction.  <u>See</u> N.D. Cal. Civ. R. 7-2.

IT IS SO ORDERED.

Dated: 04/15/10

_____
CLAUDIA WILKEN
United States District Judge

2