STEPHEN C. RUEHMANN (167533)
FISHER & RUEHMANN, LLP
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630
(916) 988-8001 Telephone
(916) 988-8002 Fax
Steve@Ruehmannlaw.com

Attorneys for Plaintiff
Kamran Irshad

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMRAN IRSHAD,<br><br>  Plaintiff,<br><br>VS.<br><br>DISCOVERY HOME LOANS, LLC; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE FINANCIAL CORPORATION; BANK OF AMERICA, N.A. and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No.: 4:10-cv-01532-CW<br><br>NOTICE OF VOLUNTARY DISMISSAL and [PROPOSED] ORDER GRANTING DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41 (a), Plaintiff voluntarily dismisses the above captioned action without prejudice.

Dated: July 16, 2010                    /S/   Stephen C. Ruehmann
                                        Stephen C. Ruehmann
                                        Attorney for Plaintiffs

1

**ORDER GRANTING DISMISSAL**

1
2   IT IS SO ORDERED.
3   **7/21/2010**
4
5   *[signature: Claudia Wilken]*
    Honorable JUDGE CLAUDIA WILKEN

2